# Court of Appeals
# of the State of Georgia

ATLANTA,  November 06, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0342. VERONICA ZOW v. REGIONS FINANCIAL CORPORATION et al.**

Veronica Zow has filed a notice of direct appeal from the trial court's order holding her liable for OCGA § 9-15-14 attorney fees. Such awards, however, are subject to the discretionary appeal procedures. OCGA § 5-6-35 (a) (10); *Capricorn Systems, Inc. v. Godavarthy*, 253 Ga. App. 840, 841-842 (560 SE2d 730) (2002). Zow's failure to comply with the discretionary appeal requirements deprives this Court of jurisdiction to consider her appeal. See *Capricorn Systems, Inc.*, supra at 842. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  11/06/2015
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*